United States District Court
District of Massachusetts

```
_____
                               )
PAUL J. MCMANN, on behalf of   )
himself and all others similarly)
situated,                      )
         Plaintiff,            )    Civil Case No.
                               )    12-12294-NMG
     v.                        )
                               )
CENTRAL FALLS DETENTION FACILITY)
CORPORATION,                   )
         Defendant.            )
_____)
```

MEMORANDUM & ORDER

GORTON, J.

Currently pending before the Court is defendant's motion to strike plaintiff's 69-page opposition to defendant's motion to dismiss (Docket No. 26). Defendant's motion will be granted because all litigants, including pro se parties, must request leave of court to file a memorandum in excess of 20 pages before its submission. See McGee v. Andre Benjamin 3000, No. 08-11818-DPW, 2012 U.S. Dist. LEXIS 371210, at *37 n.12 (D. Mass. Mar. 20, 2012) (compliance with Local Rules is mandatory "even for pro se parties").

The Court will, however, provide plaintiff with a second opportunity to oppose defendant's motion to dismiss so long as such opposition does not exceed 25 pages and is filed on or before August 16, 2013. The opposition should respond to

-1-

defendant's specific arguments in favor of dismissal by explaining how the allegations contained in the Complaint are sufficient to state a plausible claim for relief. Plaintiff is further advised that he cannot oppose dismissal, successfully, by alleging new facts in his opposition that are not contained within his Complaint because such allegations will be disregarded. See, e.g. Haley v. City of Boston, 657 F.3d 39, 46 (1st Cir. 2011) (when evaluating Rule 12(b)(6) motion, court may not look beyond facts alleged in complaint, documents incorporated by reference therein and facts susceptible to judicial notice).

### ORDER

In accordance with the foregoing,

1) defendant's motion to strike plaintiff's opposition to the motion to dismiss (Docket No. 26) is **ALLOWED** and plaintiff's response to said motion (Docket No. 21) is stricken from the record; and

2) if plaintiff chooses to renew his opposition to the pending motion, such opposition shall not exceed 25 pages in length and shall be filed on or before Friday, August 16, 2013.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated July 17, 2013

-2-